Cite as 2021 Ark. 165
# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON MODEL JURY INSTRUCTIONS - CIVIL | Opinion Delivered: September 23, 2021 |

## PER CURIAM

Karen Elizabeth "Betsy" Baker, Esq., of Little Rock; Circuit Judge Marcia Hearnsberger of Hot Springs; and Philip McCorkle, Esq., of Arkadelphia are appointed to the Arkansas Supreme Court Committee on Model Jury Instructions – Civil for three-year terms to expire on September 30, 2024. The court extends its appreciation to these new members for their willingness to serve on this important committee.

The court designates Jamie Jones, a current member of the committee, to succeed Michelle Kaemmerling as chair. We thank Ms. Kaemmerling, whose term has expired, for her service and extend our appreciation to Ms. Jones for undertaking these duties.

The court also expresses its gratitude to the other outgoing members, Richard Donovan and Circuit Judge Doug Schrantz, for their years of valuable service to this committee.